IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARIBEL MARTINEZ,

  Appellant,

v.

THE TERRACE OF DAYTONA
BEACH, LLC & BRIDGEFIELD
EMPLOYERS,

  Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0493

Opinion filed October 11, 2016.

An appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: October 6, 2012.

Victor T. Armstrong and Raul De La Heria of De La Heria & Associates, Miami,
for Appellant.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for
Appellees.


PER CURIAM.

  AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.